# United States District Court
## EASTERN DISTRICT OF WASHINGTON

U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

APR 09 2008

JAMES R LARSEN, CLERK
_____ DEPUTY
YAKIMA, WASHINGTON

UNITED STATES OF AMERICA

V.

RUBEN ESCOBAR SANCHEZ

(Name & Address of Defendant)

**CRIMINAL COMPLAINT**

CASE NUMBER:    MJ-08-4047-1

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __August 24, 1989__ in __Yakima__ county, in the Eastern District of Washington defendant(s) did, (Track Statutory Language of Offense)

move and travel in interstate commerce from Washington State, in the Eastern District of Washington, with intent to avoid prosecution under the laws of the State of Washington for the crime of First Degree Murder, 2nd Degree Murder, 2nd Degree Arson and 1st Degree Assault, said crime being a felony under the laws of the State of Washington

in violation of Title __18__ United States Code, Section(s) __1073__.

I further state that I am a(n) __Special Agent__ and that this complaint is based on the following facts:
                                    Official Title

See Attachment A, attached hereto and incorporated herein by this reference

Continued on the attached sheet incorporated herein by this reference    Yes ☒    No ☐

_____
Signature of Complainant

Sworn to before me, and subscribed in my presence

__4/9/2008__                    at    __Yakima, Washington__
Date                                   City and State

JAMES P. HUTTON
United States Magistrate Judge                    _Jim P. Hutton_____
Name and Title of Judicial Officer                Signature of Judicial Officer

(Yakima)(DEK)

## ATTACHMENT A

In August of 1989, RUBEN ESCOBAR SANCHEZ, a Mexican national, shot and killed Fidel Manjujano Ruiz, his close friend, over a dispute about a woman. Ruiz is also a Mexican national. SANCHEZ then set the house on fire where RUIZ had been shot. When leaving the burning house, SANCHEZ was observed by two local farmers, Ralph and Lane Boyle, who gave chase. When SANCHEZ' car stalled, he was confronted by the two brothers. SANCHEZ pulled a gun, shot and killed Ralph Boyle, and wounded Lane Boyle. SANCHEZ left the Yakima valley in a stolen vehicle with his wife Elvia and their three children. The SANCHEZ family went first to Los Angeles, California and then to Cuernavaca, Mexico.

A warrant for SANCHEZ was issued by the Yakima County Superior Court on August 28, 1989, charging SANCHEZ with one count of 1st degree murder, one count of 2nd degree murder, one count of second degree arson, and one count of 1st degree assault.

In December, 1995, Elvia Sanchez returned to the Yakima area and cooperated with the Sheriff's Office. According to Elvia, her husband was working at the El Sauz Ranch near Cuernavaca. Based on this information, the Sheriff's Office contacted the Police in Cuernavaca for assistance but received no response.

In 2007, Detective Dave Johnson of the Yakima County Sheriff's Office re-contacted family members and learned that their father is still working on the same ranch outside Cuernavaca.